THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER FRIDAY, Appellant.— Judgment of the Supreme Court, Queens County, rendered June 23, 1972, affirmed (*People* v. *Nixon*, 21 N Y 2d 338; *North Carolina* v. *Alford*, 400 U. S. 25; *People* v. *Clairborne*, 29 N Y 2d 950). Munder, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE JOHNSON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE JOHNSON, Appellant, v. JAMES MONROE, as Warden of Brooklyn House of Detention, Respondent.— In the first above-entitled matter, defendant appeals from a judgment of the Supreme Court, Kings County, rendered May 24, 1971, and an order of the same court, dated November 19, 1971, which denied his motion to reargue a *coram nobis* application. Judgment affirmed. No opinion. Appeal from order dismissed. No appeal lies from an order denying a motion for reargument. In the second above-entitled matter, judgment of the Supreme Court, Kings County, dated October 2, 1972, which dismissed a writ of habeas corpus, affirmed, without costs. No opinion. Hopkins, Acting P. J., Munder, Shapiro, Gulotta and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN O. HUNTER, Appellant, v. JOHN L. ZELKER, as Superintendent of Green Haven Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a decision of the Supreme Court, Dutchess County, dated September 9, 1971, for dismissal of the writ after a hearing. Appeal dismissed, without costs. No appeal lies from a decision. Further, relator separately appealed from the judgment (dated November 10, 1971) entered on the decision appealed from and that appeal was dismissed on January 10, 1973 as academic since appellant was no longer in respondent's custody (Motion No. 7/73). This court also noted the following in the decision dismissing the appeal from the judgment: "We have examined the papers on this appeal. Had we not granted the motion to dismiss, we would have affirmed the judgment sought to be reviewed." Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.